**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
Ligia E. Cordon Salazar,

                Plaintiff,                7:22 **CIVIL** 6991 (VR)

      -against-                      **JUDGMENT**

Wal-Mart Stores East, LP,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2024, Wal-Marts Motion for Summary Judgment (ECF No. 35) is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
         May 7, 2024

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                       **BY:**       _____
                                                   **Deputy Clerk**